```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA            :
                                    :
    - v. -                          :  S2 18 Cr. 30-5 (PAC)
                                    :
SHAUN SULLIVAN,                     :
                                    :
                  Defendant.        :
                                    :
- - - - - - - - - - - - - - - - - -x
```

IT IS HEREBY ORDERED that, upon the consent of the defendant, the sentencing proceeding for defendant Shaun Sullivan will be conducted telephonically on May 21, 2020 at 3:00 p.m. The teleconference dial-in phone number is 888-363-4749 and the Access Code is 8539662.

SO ORDERED:

Dated:    May 20, 2020
          New York, New York

_____
THE HONORABLE PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK